UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| In the Matter of:<br><br>BRADLEY KLENZ and CARLA DAVENPORT, Owners of a 2007 32' +/- World Cat 320 EL, HIN # EPYEB006L607, NC Registration # 9904 DF, her engines, tackle, apparel, appurtenances, fittings, etc.<br><br>For Exoneration from<br>or Limitation of Liability | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:23-CV-164-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that Limitation Plaintiffs' Surety is released from its obligations under the *Ad Interim* Stipulation and Letter of Undertaking, the *Ad Interim* Stipulation and Letter of Undertaking are deemed null and void;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Limitation Plaintiffs are EXONERATED of liability with respect to the voyage of April 29, 2023 which is the subject of the Complaint; and

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** this action is now CLOSED.

This Judgment filed and entered on July 22, 2025, and copies to:
Counsel of record for the parties      (via CM/ECF electronic notification)


July 22, 2025

Peter A. Moore, Jr.
Clerk of Court


By: /s/ Stephanie Mann
Deputy Clerk